# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00105-CR

---

**William Jason Perez, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 207TH DISTRICT COURT OF HAYS COUNTY**
**NO. CR-23-0118-B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

A jury found Appellant William Jason Perez guilty of second-degree sexual assault and assessed punishment at ten-years' imprisonment and assessed a $10,000 fine. *See* Tex. Penal Code §§ 12.33; 22.011(a)(1), (f). On the jury's recommendation, the trial court suspended his sentence and placed him on community supervision for ten years. *See* Tex. Code Crim. Proc. art. 42A.053. He appeals.

Appellant's court-appointed attorney has filed a motion to withdraw as counsel along with a brief concluding that the appeal is frivolous and presents no arguably meritorious issues. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has certified to this Court that he sent copies of the motion and brief to appellant, advised appellant of his right to examine

the appellate record and file a pro se response, and provided a copy of the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.

We have conducted an independent review of the record—including the record of the trial proceedings below and appellate counsel's brief—and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and that the appeal is frivolous.

We affirm the judgment and grant counsel's motion to withdraw.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Affirmed

Filed: August 30, 2024

Do Not Publish